IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MOHAMED BASEL ASWAD, M.D.,

    Plaintiff,

v.                                             Civ. No. 2:16-01367-GBW-SMV

SYLVIA M. BURWELL, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,

    Defendant.

ORDER GRANTING UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter comes before the Court on Defendant United States of America's Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 8). Plaintiff does not oppose this motion and the Court finds good cause to grant it.

IT IS THEREFORE ORDERED THAT the United States shall file an answer or otherwise respond to Plaintiff's Complaint (Doc. 1) by April 5, 2017.

                                                    STEPHAN M. VIDMAR
                                                    UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted on 03/03/17*
CHRISTOPHER F. JEU
Assistant United States Attorney
*Attorney for Defendant*

*Approved on 03/02/17*
MOLLY SCHMIDT-NOWARA
*Attorney for Plaintiff*