IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOHAMED BASEL ASWAD, M.D.,

    Plaintiff,

v.                                      Civil Action No. 1:16-cv-1367-GBW-SMV

THOMAS E. PRICE, M.D., in his official capacity
as Secretary of the UNITED STATES
DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

    Defendant.

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Seal Administrative Record (Doc. 12), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

                                                                       _____
                                                                       STEPHAN M. VIDMAR
                                                                       United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted April 5, 2017*
CHRISTOPHER F. JEU
Assistant United States Attorney
*Attorney for Defendant*

*Electronically approved April 5, 2017*
MOLLY SCHMIDT-NOWARA
*Attorney for Plaintiff*