IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOHAMED BASEL ASWAD, M.D.,

    Plaintiff,

v.                                                                                                  No. 16-cv-1367 BRB/SMV

THOMAS E. PRICE, M.D.,[1]
Secretary of the United States
Department of Health and Human Services,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **June 27, 2017**;

(2)     Defendant shall file a Response no later than **August 22, 2017**;

(3)     Plaintiff may file a Reply no later than **September 19, 2017**;

(4)     All supporting memoranda filed pursuant to this Order must cite the transcript or record in support of assertions of fact and must cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Thomas E. Price, M.D., is now the Secretary of the United States Department of Health and Human Services. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Dr. Price should be substituted for former Secretary Sylvia M. Burwell as the defendant in this suit.