UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

_____

| | |
|---|---|
| MOHAMED BASEL ASWAD, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, in his official capacity as Acting Secretary of the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendant. | No. 2:16-cv-1367-BRB-SMV |

_____

FINAL JUDGMENT
_____

    THIS MATTER having come before the Court on Plaintiff's Motion to Reverse or Remand Administrative Agency Decision, and the Court having denied this motion and rendered its final decision in favor of Defendant and against Plaintiff, the Court now enters final judgment in this matter. Each side to bear its own costs.

    Dated this 2d day of February 2018, at Roswell, New Mexico.

                                                      Entered for the Court

                                                      Bobby R. Baldock<br>
                                                      United States Circuit Judge<br>
                                                      Sitting By Designation